# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00413-CV

**Thomas Joseph Kocis, Appellant**

**v.**

**Susan Huner, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-FM-93-008422, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Thomas Joseph Kocis has filed a motion to dismiss stating that he no longer wishes to pursue his appeal because the underlying case has settled. Appellant states that he has conferred with appellee, and appellee does not oppose the motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

 

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed:   October 26, 2006